PER CURIAM.
Affirmed. All Florida Sur. Co. v. Coker, 88 So.2d 508 (Fla.1956); Shore Inv. Co. v. Hotel Trinidad, 158 Fla. 682, 29 So.2d 696 (Fla.1947); Onderko v. Advanced Auto Ins., Inc., 477 So.2d 1026 (Fla. 2d DCA 1985); Chalfonte Dev. Corp. v. Rosewin Coats, Inc., 374 So.2d 618 (Fla. 4th DCA 1979); Ballen v. Plaza Del Prado Condominium Ass’n, Inc., 319 So.2d 90 (Fla. 3d DCA 1975); Cook v. Deltona Corp., 763 F.2d 398 (11th Cir.1985).